# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

MARK DANIEL ALLEN

**WITNESS LIST**

Case Number: 4:19-CR-29

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Travis R. McDonough | J. Brooks & E. Petro | Elizabeth Coffey |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/30/2021-9/1/2021 | Elizabeth Coffey | DeAndra Hinton |

| USA | DEF. | DATE OF TESTIMONY | WITNESSES |
|---|---|---|---|
| X | | 8/30/2021 | Chris Ramage, witness sworn TBI Agent |
| X | | 8/31/2021 | Chris Ramage, witness sworn TBI Agent continued |
| X | | 8/31/2021 | Angela Cowan, witness sworn |
| X | | 8/31/2021 | Rachel Gaspard, witness sworn |
| X | | 8/31/2021 | Amber Abrams, witness sworn |
| X | | 8/31/2021 | Joel Wade, witness sworn TBI Agent |
| X | | 8/31/2021 | Dr. Stephen Loyd, witness sworn (Deemed Expert Witness) |
| X | | 9/1/2021 | Dr. Albert Brandon, witness sworn |